**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PATRICK J. DONNELLY,

                        Petitioner,

    -against-                                    19 **CIVIL** 4932 (JPO)

                                                       **JUDGMENT**

CONTROLLED APPLICATION REVIEW
AND RESOLUTION PROGRAM UNIT, et al.,

                        Respondents.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, Respondents' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           November 30, 2020

                                                      **RUBY J. KRAJICK**
                                                    _____
                                                         **Clerk of Court**
                            **BY:**
                                                        **Deputy Clerk**